■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY ROBERTSON, Appellant.— Orders, entered on April 9, 1959 and November 17, 1959, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ ARNOLD SCHILDHAUS, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment in favor of plaintiff, entered April 6, 1961, unanimously affirmed, with costs to respondent (see Williams v. State of New York, 9 A D 2d 415, affd. 8 N Y 2d 886). The court is of course bound by the determination in plaintiff's habeas corpus proceeding (People ex rel. Siegal v. Dros, 11 N Y 2d 167). Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED, Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Final order, entered on May 24, 1962, unanimously reversed, with $20 costs and disbursements to appellant (see Matter of St. Luke's Hosp. v. Boyland, 12 N Y 2d 135, modfg. 15 A D 2d 776). Settle order on notice. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SYLVESTER MAZZELLA. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. VICTOR GARITY. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUIS FELIX.— Motion for leave to appeal as a poor person denied. Upon the court's own motion, the appeal taken by defendant-appellant from the judgment of the Court of General Sessions, New York County, rendered on August 21, 1962, is dismissed on the ground that the notice of appeal was not timely taken within 30 days after the judgment was rendered. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of 2 EAST 117TH ST. LIQUOR CORP. v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ VENTURA FIGUEROA v. ST. CATHERINE'S HOSPITAL ASSOCIATION OF THE CITY OF BROOKLYN et al.— Motion for leave to appeal as a poor person denied. Motion[s] to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.